UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WENDIE M. RAINS,<br><br>    Defendant. | 3:14-CV-00264-LRH-VPC<br><br><u>JUDGEMENT</u> |

    This matter came before the Court on the United States' complaint and supporting exhibits, filed May 22, 2014, seeking recovery of a sum certain owed by Plaintiff Wendie M. Rains ("Rains") under the Nursing Education Loan Repayment Program as administered by the United States Department of Health and Human Services. (Dkt. #1). Good cause appearing, the United States motion for default judgment under Fed. R. Civ. P. 55(b) was granted on November 20, 2015. (Dkt. #8). Accordingly,

    **IT IS HEREBY ORDERED** that Judgment be entered against Defendant Wendie M. Rains in the amount of $12,226.61, which includes the principal sum of $10,872.82 set forth in the complaint plus prejudgment interest of $1,351.79 that has accrued at the rate of 12.375% per annum from February 21, 2014 through the date of judgment herein.

    **IT IS FURTHER ORDERED** that post-judgment interest shall continue to accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), computed daily and compounded annually until the judgment and interest are paid in full.

    DATED this 1st day of December, 2015.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE